UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
UNITED STATES OF AMERICA,

        v.                                      89 Cr. 346 (LAP)

ROBERT PANTON

                                             ORDER

               Defendant.
---------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

     The Court is in receipt of Mr. Panton's November 13, 2019 letter asking to be writted to the MDC or MCC in New York or to be transferred to a facility closer to his release residence of New York. Because "the Bureau of Prisons designates the place of the prisoner's imprisonment," 18 U.S.C. § 3621(b), the Court is without power to order a transfer. Nevertheless, the Court recommends that the Bureau of Prisons consider transferring Mr. Panton to a facility as close as possible to the metropolitan New York area so that he can see his family (whom he has not seen in four years).

SO ORDERED.

Dated:    New York, New York
          November 26, 2019

                                          LORETTA A. PRESKA
                                          Senior United States District Judge