UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA

-against-

Robert Panton

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-9-20

**ORDER**

89 CR 346-11 (LAP)
Docket #

Loretta A. Preska, **DISTRICT JUDGE**:
Judge's Name

The C.J.A. attorney assigned to receive cases on this day, James Roth is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC 1/9/2020.

SO ORDERED.

*Loretta A. Preska*

**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
January 9, 2020