USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-9-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ROBERT PANTON,

           Defendant

89 Cr. 346 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

Defendant's new CJA counsel, Mr. James Roth, (see dkt. no. 900), may supplement Defendant's Memorandum of Law in Support of his Request for Compassionate Relief, (dkt. no. 895), by no later than February 24, 2020. The Government may file a response by no later than March 25, 2020.

**SO ORDERED.**

Dated:     New York, New York
           January 9, 2020

                            _____
                            LORETTA A. PRESKA
                            Senior United States District Judge