```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
ROBERT PANTON,                            :
                          Petitioner,     :
                                          :
              v.                          :
                                          :
                                          :
UNITED STATES OF AMERICA,                 :
                                          :
                          Respondent.     :
------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-13-2020

98 Civ. 1881 (LAP)

89 Cr. 346 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Government shall respond to Petitioner Robert Panton's motion dated August 22, 2019 [dkt. no. 41] no later than February 15, 2020.

The Clerk of the Court shall mail a copy of this order to Robert Panton.

SO ORDERED.

Dated:     New York, New York
           January 13, 2020

_Loretta A. Presky_
LORETTA A. PRESKA
Senior United States District Judge