**STAMPUR & ROTH**
ATTORNEYS AT LAW

WILLIAM J. STAMPUR  
JAMES ROTH

299 BROADWAY, SUITE 800  
NEW YORK, N.Y. 10007

(212) 619-4240  
FAX (212) 619-6743

April 7, 2020

**By ECF**

Honorable Loretta A. Preska  
United States District Court Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

    Re:   *United States v. Robert Panton*  
            **89 Cr. 346 (LAP)**

Dear Judge Preska:

    Unfortunately we are constrained to request an additional 45 days to file our request for Compassionate Release for Mr. Panton. We have been delayed by the COVID-19 pandemic that has made the collection of necessary documents more difficult. Additionally, both counsel have devoted our resources to securing emergency relief for other imprisoned clients who have been impacted by the virus. We will endeavor to complete our submission prior to the requested enlarged time frame.

**The requested extension is granted. Counsel shall file the relevant papers by no later than May 26, 2020. SO ORDERED.**

*Loretta A. Preska*  4/8/2020

Very truly yours,

*James Roth*

James Roth, Esq.  
Harlan Protass, Esq.  
*Attorneys for Defendant*

cc:    AUSA Peter Davis