UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>-against-<br><br>ROBERT PANTON,<br><br>　　　　　　Respondent. | No. 89 Cr. 346 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Government shall respond to Defendant Robert Panton's motion to reduce his sentence pursuant to 18 U.S.C. Section 3582(c)(1)(A) [dkt. no. 909] by no later than June 25, 2020.

**SO ORDERED.**

Dated:　New York, New York
　　　　May 26, 2020

　　　　　　　　　　　_____
　　　　　　　　　　　LORETTA A. PRESKA
　　　　　　　　　　　Senior United States District Judge

1