UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-against-<br><br>ROBERT PANTON,<br><br>                Defendant. | No. 89 Cr. 346 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the Government's opposition to Defendant Robert Panton's motion to reduce his sentence pursuant to 18 U.S.C. Section 3582(c)(1)(A) [dkt. no. 913]. Any reply to the Government's opposition shall be filed no later than July 10, 2020.

**SO ORDERED.**

Dated:    New York, New York
           June 26, 2020

                                      _____
                                      LORETTA A. PRESKA
                                      Senior United States District Judge