```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| -against- | No. 89 CR. 346 (LAP) |
| ROBERT PANTON, | ORDER |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

In light of counsel's letter saying that they are awaiting input from Mr. Panton's immigration counsel (see dkt. no. 921), his pro se motion will be held in abeyance pending further communication to the Court from counsel.

**SO ORDERED.**

Dated:   New York, New York
         November 11, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge

1