UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>ROBERT PANTON,<br><br>                    Defendant. | 89 CR. 346 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel for Mr. Panton shall update the court on their conferral with Mr. Panton's immigration counsel and shall inform the Court how they propose to proceed.  The Court also takes note that Mr. Panton's apparent pro se motion has not been docketed or otherwise received by the Court.  Counsel for Mr. Panton shall also forward to the Court a copy of that motion for docketing.

    **SO ORDERED.**

Dated:    New York, New York
          December 23, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge

1