UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

          Plaintiff,

-against-

ROBERT PANTON,

          Defendant.

89 CR. 346 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Panton's pro se motion to vacate his conviction (dkt. no. 926), which was submitted by Mr. Protass as an attachment to his letter dated January 4, 2021 (dkt. no. 925-1).

    The Government shall respond to Mr. Panton's motion to vacate no later than February 8, 2021. Mr. Panton may file any reply no later than March 1, 2021.

    The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Panton at the following address: Robert Panton, A#031-257-320, Boone County Jail, P.O. Box 898, Burlington, KY 41005.

    **SO ORDERED.**

Dated:    New York, New York
            January 6, 2021

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge

1